# United States Court of Appeals
## For the First Circuit

No. 04-1437

AGNES CHO,

Petitioner,

v.

ALBERTO GONZALES,
Attorney General of the United States

Respondent.

ERRATA

The opinion of this Court, issued on April 19, 2005, should be amended as follows:
On page 17, line 14, insert "of" after "spite"